UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/20
```

ONE WORLD, LLC and GABRIEL CHALEPLIS,

Plaintiffs,

-against-

NIKOLAOS ONOUFRIADIS,
JAMES M. RODGERS, ESQ.,
MICHAEL KARLOUTSOS and
CANNCORE, INC.

Defendants.

Civil Action # 1:20-cv-05802-CM

**REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS NIKOLAOS ONOUFRIADIS AND CANNCORE, INC.**

TO:  Ruby J. Krajick, Clerk
     United States District Court
     Southern District of New York

Please enter default against defendants Nikolaos Onoufriadis and Canncore, Inc. as to Counts I through XIII of Plaintiffs One World, LLC and Gabriel Chaleplis's Amended Complaint, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 for failure to plead or otherwise defend Counts I through XIII of Plaintiffs' Amended Complaint as fully appears from the Court file herein and from the attached declaration of Bob Kasolas, Esq.

**BRACH EICHLER LLC**
Attorneys for Plaintiffs

/s/ Bob Kasolas, Esq.
BOB KASOLAS, ESQ.
**BRACH EICHLER LLC**
101 Eisenhower Pkwy
Roseland, New Jersey 07069
Tel: (973) 228-5700
Fax: (973) 618-5539
bkasolas@bracheichler.com

DATED: December 2, 2020

BE:11451633.1/CHA379-277986

*Handwritten annotation:*

12/4/2020
This motion is DENIED. Onoufriadis and Canncore have moved to dismiss certain counts. They have no obligation to file an answer as to ANY count until the court rules on the part of motion to dismiss. We have a "one answer" rule in federal court.

[signature]