UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ONE WORLD LLC and
GABRIEL CHALEPLIS,

        Plaintiffs,

  -against-                                    20 Civ. 5802 (CM)(KNF)

NIKOLAOS ONOUFRIADIS et al.,

        Defendants.

---------------------------------------------------------------x

## ORDER STAYING DISCOVERY AND DENYING MOTION FOR ENTRY OF DEFAULT

McMahon, C.J.:

    After conducting a preliminary review of the pending motions to dismiss, the court directs that the all discovery, both party and non-party, be stayed until those motions can be decided, and further orders that no third party be required to respond to any subpoena that has been served by plaintiff until further order of the court.

    Additionally, as defendants Onoufriadis and Canncore Inc. have filed motions to dismiss certain causes of action in the complaint, they have no obligation to file an answer, even though their motion did not address every claim asserted against them. Therefore, the motion to have them held in default is DENIED.

    The clerk of court is directed to remove the motion to quash (Docket # 49) and the motion for default (#53) from the court's list of open motions.

Dated: December 15, 2020

                                                                Chief Judge

BY ECF TO ALL COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/20