**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

ONE WORLD, LLC & GABRIEL CHALEPLIS,

                        Plaintiffs,

-against-                                  20 **CIVIL** 5802 (CM)

                                                    **JUDGMENT**

NIKOLAOS ONOUFRIADIS, et al.,

                        Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order and Decision dated January 19, 2021, Counts XIV and XV of the First Amended Complaint are dismissed with prejudice and without leave to replead as against all defendants, and the remainder of the complaint is dismissed without prejudice to the claims' being refiled in a court of competent jurisdiction: accordingly, this case is closed.

**Dated:**  New York, New York
            January 19, 2021

                                                      **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                        **BY:**
                                                           **Deputy Clerk**